IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Michael Moore TF 34569-183

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

S. Janson, Warden
S. Phelps' in Regional
office

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Complaint for Violation of Civil Rights**
(Prisoner Complaint)

Case No. 9:23-cv-04665-TLW-MHC
*(to be filled in by the Clerk's Office)*

Jury Trial:     ☑ Yes     ☐ No
*(check one)*

RECEIVED USDC
CLERK, CHARLESTON, SC
2023 SEP 19 AM 11:13

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

When submitted for filing, your complaint should be accompanied by the full filing fee or an application to proceed in *forma pauperis.*

1

I.     **The Parties to This Complaint**

A.     **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.   Attach additional pages if needed.

Name     Michael Moore

All other names by which you have been known:

ID Number     34569-183
Current Institution     F.C.I Edgefield
Address

B.     **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.   Make sure that the defendant(s) listed below are identical to those contained in the above caption.   For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.   Attach additional pages if needed.

Defendant No. 1

Name     S. Janson
Job or Title
(if known)     Warden
Shield Number
Employer     Federal Bureau of Prison
Address

☐     Individual capacity          ☑     Official capacity

Defendant No. 2

Name     S. Phelps

2

Job or Title
(if known)

Shield Number

Employer     Regional office

Address     3800 Camp Creek Parkway, SW. Building 2000, Atlanta, GA. 30331-622b

☐   Individual capacity     ☑   Official capacity

Defendant No. 3

Name

Job or Title
(if known)

Shield Number

Employer

Address

☐   Individual capacity     ☐   Official capacity

Defendant No. 4

Name

Job or Title
(if known)

Shield Number

Employer

Address

☐   Individual capacity     ☐   Official capacity

**II.**     **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

3

## Time Line & Comments.

A.    The start of my medical issues was 2/04/19.    Approx 19 months later on 10/9/20, I complained of a possible tear in my intestines due to the smell of feces & medical not being able to pinpoint the cause of my problem.

B.    From 10/9/20 to 2/17/21 Approx 4 months later, I requested to see a gastroenterologist on 2/17/21.

C.    On 3/25/21 I was put in to see the G.I. but on 7/8/21 Approx 3 months, 8 days later my G.I. consult was deferred.

D.    On 9/16/21 Approx. 2 months later, my consult was resubmitted.   Confirmed on 10/28/21.   From 3/25/21 to 10/28/21 - a 7 month delay.

E.    On 4/21/22 I wrote a BP-8, to be given an outside consult, after Approx 6 months has passed.

F.    From 10/8/21 to 6/7/22 Approx. 8 months later, I was diagnosed as having "gastro-espheagal reflux disease" with esophasitis, proving my please for an outside consult much needed and warranted.

G.    On 12/23/22 & on 1/4/23 I request to be put in for needed surgery, recommended by G.I. consult.   See Sick Call Requests.

H.    The medication is not working & the more time that passes, the greater the damage acid from my stomach does to my espheagus, due to Hiatal Hernia that's causing my reflux issues.

I.    The response to my appeal says "that i have consistently been provided timely and appropriate medical care in accordance with program statement 6031.04 of patient care and the national drug formulary".

With all the delays with in my exhibits, I am quite sure program statement 6031.04 on patient care does not condone taking 3 and 1/2 years before seeking needed treatment requested.    There is nothing timely or appropriate about this situation.

Program Statement 6031.04, Triage to care stipulates "an appointment will be sacheduled with the appropriate provider within a time frame appropriate for the inmate's condition and medical needs."

Medical did not have the resources to pinpoint my condition. So the time frame my appointment with the GI was scheduled is not and was not appropriate. My medical needs went unanswered for 3½ years. This goes against Program Statement 6031.04.

Request after request within my exhibits were ignored, even after I informed medical that the medication was not working. On 7/1/22 and 8/29/22, I requested surgery, but medical would not even recommend it. See exhibit BP-9 and BP-10 along with the BP-9 response. It required me filing a tort claim to get approval for a much needed surgery. Not because I asked, or because it is what the doctor recommended. It is because of these delays and lack of concern that the damage to my esophagus exist and undoubtedly getting worse. It can not be reversed, fixed with medication, or overlooked

A.  Are you bringing suit against *(check all that apply)*:

☑  Federal officials (a *Bivens* claim)

☐  State or local officials (a § 1983 claim)

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

N/A

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

8th Admendment

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

N/A

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐  Pretrial detainee

☐  Civilly committed detainee

☐  Immigration detainee

4

☐    Convicted and sentenced state prisoner

☑    Convicted and sentenced federal prisoner

☐    Other *(explain)* _____

## IV.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   If the events giving rise to your claim arose outside an institution, describe where and when they arose.

EDGefiEld County Hospital – 06/07/2022

B.   If the events giving rise to your claim arose in an institution, describe where and when they arose.

F.C.I Edgefield /06/07/2022
(Continuation)
Page 1 of 1

C.   What date and approximate time did the events giving rise to your claim(s) occur?

06/07/2022 3:36 PM

D.   What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
The esophagus demostrates Reflux changes to the distal esophagus with AN irregular Z-line and changes which also may be consistent with Barrett's esophagus.
Matthew Bachinski, MD

5

---
---
---
---

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Do to the above events. The Stomach is comming up through the base of my esophagus. A colonscopy and EDG was performed by the Gastroenterologist on June 07, 2023. As of this Date I have not had surgery to Repair my esophagus and Stomach

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Monetary Damages in the Amount of 2,000.000 for pain and suffering

## VII.    Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑    Yes

☐    No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

F.C.I  EDgefield  SC.

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑    Yes

☐    No

☐    Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐    Yes

☑    No

☐    Do not know

If yes, which claim(s)?

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑    Yes

☐    No

7

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☑ Yes

☐ No

E.     If you did file a grievance:

    1.     Where did you file the grievance?

       F.C.I EDgefield SC.

    2.     What did you claim in your grievance?

       Having bad Reflux with a burning sensation that causes me to vomitt each day

    3.     What was the result, if any?

       Do to the nature of the Administrative Remedies I was denied

    4.     What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

       BP 8 - BP 9 - BP 10 - then the highest level BP 11, all denied

8

F.     If you did not file a grievance:

  1.     If there are any reasons why you did not file a grievance, state them here:

   N|A

  2.     If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   N|A

G.     Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   Copies of Administrative Remedies

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

  ☐  Yes

   No

9

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____N|A_____

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐   Yes

☑   No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1.   Parties to the previous lawsuit

   Plaintiff(s)   _____
   Defendant(s)   _____

   2.   Court *(if federal court, name the district; if state court, name the county and State)*

   _____

   3.   Docket or index number

   _____

   4.   Name of Judge assigned to your case

   _____

   5.   Approximate date of filing lawsuit

   _____

   6.   Is the case still pending?

   ☐   Yes

   ☐   No

   If no, give the approximate date of disposition.   _____

10

If no, give the approximate date of disposition. _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

_____

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9/02/ , 20 23

Signature of Plaintiff    Michael Moore

Printed Name of Plaintiff    Michael Moore

Prison Identification # 34569-183

Prison Address    F.C.I Edgefield  Po Box 725

Edgefield,    SC,    29824

    City        State        Zip Code

### B.    For Attorneys

Date of signing: _____, 20__.

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

12

Address      _____

Telephone Number      _____

E-mail Address      _____