RECEIVED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

2023 DEC -6  AM 11: 21

Michael Moore #34569-183

_(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)_

-against-

Warden Janson FCI Edgefield

_(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)_

**Complaint for Violation of Civil Rights** ( Amended )
(Prisoner Complaint)

Case No. 9:23-04665-TLW-MHc
_(to be filled in by the Clerk's Office)_

Jury Trial:     ☑ Yes   ☐ No
_(check one)_

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

When submitted for filing, your complaint should be accompanied by the full filing fee or an application to proceed in _forma pauperis._

1

I.  **The Parties to This Complaint**

A.  **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name  _Michael Moore #34569-183_

All other names by which you have been known:

_____

ID Number  _# 34569-183_

Current Institution  _FCI Edgefield_

Address  _P.O. Box 725_
_Edgefield, SC 29824-0725_

B.  **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name  _Warden Jansen_

Job or Title  _Warden_
(if known)

Shield Number  _Unknown._

Employer  _P.O. Box 725_

Address  _Edgefield, SC. 29824_

☐  Individual capacity     ☑  Official capacity

Defendant No. 2

Name  _____

2

Job or Title
(if known)

Shield Number

Employer

Address

☐    Individual capacity        ☐    Official capacity

Defendant No. 3

Name

Job or Title
(if known)

Shield Number

Employer

Address

☐    Individual capacity        ☐    Official capacity

Defendant No. 4

Name

Job or Title
(if known)

Shield Number

Employer

Address

☐    Individual capacity        ☐    Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.  Are you bringing suit against *(check all that apply)*:

☑  Federal officials (a *Bivens* claim)

☐  State or local officials (a § 1983 claim)

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

The Eight Amendment To US. Constitution

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

The Eight Amendment to U.S. Constitution

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

The Warden has a duty in his offical Capicity to ensure I get adiquate medical treatment

## III.  Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐  Pretrial detainee

☐  Civilly committed detainee

☐  Immigration detainee

4

☐    Convicted and sentenced state prisoner

☑    Convicted and sentenced federal prisoner

☐    Other *(explain)* _____

IV.    **Statement of Claim**    See Attached Pages.

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

_____

_____

_____

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

_____

_____

_____

C.    What date and approximate time did the events giving rise to your claim(s) occur?

_____

_____

_____

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

_____

_____

_____

_____

_____

_____

_____

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

_____

_____

_____

_____

_____

_____

_____

_____

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

_____

_____

_____

_____

_____

## VII.    Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

6

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑    Yes

☐    No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____FCI    Edgefield_____

_____

_____

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑    Yes

☐    No

☐    Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑    Yes

☐    No

☐    Do not know

If yes, which claim(s)?

_____Medical_____

_____

_____

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑    Yes

☐    No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐     Yes

☐     No

E.     If you did file a grievance:

1.     Where did you file the grievance?

I Followed the procedure and appealed to the Central office at the Bop.

2.     What did you claim in your grievance?

I was being denied medical Care For my "Seariaw Medical Need/.

3.     What was the result, if any?

The Central denied my grievance

4.     What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

I Filed a Bp-8 at the inshthral level
I Filed a Bp-9 at the inshtutional level
I Filed a Bp-10 to the regional office
I Filed a Bp-11 to the Central office

8

F.    If you did not file a grievance:

    1.    If there are any reasons why you did not file a grievance, state them here:

_____

_____

_____

_____

    2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

_____

_____

_____

_____

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

_____

_____

_____

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

    ☐   Yes

   No

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____ *N/A* _____

_____

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐  Yes

☐  No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

Plaintiff(s)  _____ *N/A* _____
Defendant(s)  _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.  Docket or index number

_____

4.  Name of Judge assigned to your case

_____

5.  Approximate date of filing lawsuit

_____

6.  Is the case still pending?

☐  Yes

☐  No

If no, give the approximate date of disposition.  _____

10

7.     What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

_____

C.     Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐     Yes

☑     No

D.     If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.     Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____ N/A _____

2.     Court *(if federal court, name the district; if state court, name the county and State)*

_____

_____

3.     Docket or index number

_____

4.     Name of Judge assigned to your case

_____

5.     Approximate date of filing lawsuit

_____

6.     Is the case still pending?

☐     Yes

☐     No

11

If no, give the approximate date of disposition. _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

_____

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: **11/25**, 20 **23**

Signature of Plaintiff    *Michael Moore/Michael Moore*
Printed Name of Plaintiff    Michael Moore.
Prison Identification #    34569-183
Prison Address    P.O. Box 725
Edgefield    South Carolina, 29824-0725
    City        State        Zip Code

### B.    For Attorneys  N/A

Date of signing: _____, 20__.

Signature of Attorney    _____
Printed Name of Attorney    _____
Bar Number    _____
Name of Law Firm    _____

12

Address                   _____

Telephone Number     _____

E-mail Address         _____

STATEMENT OF CLAIM

A. Substantial Facts

On 2/04/2019 I Complained to the Medical staff at FCI Edgefield of a possible tear in my intestines and explained the supporting symptoms. For over a year [i.e.] between 10/09/20 to 2/17/21 I requested to see a gastroenterologist. Approx. 8 months later I was diagonosed as having "gastro-espheagal reful disease." I was recommended for surgery. My Condition has worsened and the surgery has not been provided. I have been waiting over 3 1/2 years for recommended surgery by a specialist in my Condition.

B. Injuries

I have been suffering pain and needless tissue damage by the Plaintiff refusing to provide me the much needed surgery.

RELIEF

Adequate Medical treatment, I am seeking $2,000,000 (two million dollars) in punative and/or compensation for the Warden's deliberate indifference to my medical needs. Specifically, the Warden which is my care taker refuse to properly supervise the Medical Contractor at FCI Edgefield to ensure I was given adequate Medical treatment. Through the lack of proper supervision the Medical Contractor ignored my obvious Condition                     and failed to provide the treatment for my diagnosed Condition and/or delayed the treatment needlessly. The failure to provide the treatment for the diagnosed

A1

Condition and Ignoring the Condition constitutes a deliberate indifference to my serious medical need and subjected me to cruel and unusual punishment in violation of the Eighth Amendment to the United States Constitution. I further seek any and all Relief the Court deems equitable for the violation of my Constitutional rights.

A2